# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR LOPEZ,** <br> Plaintiff, <br> v. <br> **City of Costa Mesa,** Costa Mesa Police Department, <br><br> Isidro Gallardo CMPD Badge #620 (in his individual capacity), <br><br> Christopher Walk CMPD Badge #431 (in his individual capacity), <br><br> and Does 1-100, <br> Defendants. | Case No. SA CV 17-00297-VBF-MRW <br><br> ORDER <br><br> **Adopting Report & Recommendation:** <br><br> **Denying Document #65** (Plaintiff's Second Motion for Leave to Amend the Complaint); <br><br> Returning the Case to the Magistrate Judge for Further Pre-Trial Proceedings |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pro se civil-rights complaint (CM/ECF Document ("Doc"1) and the defendants' Answer (Doc 18); Plaintiff's second motion for leave to amend the complaint, which was filed on October 10, 2017, and the proposed amendment (Doc 65); defendants'

opposition brief (Doc 67); plaintiff's reply brief (Doc 82); the other records on file; the Report and Recommendation ("R&R") issued by the United States Magistrate Judge on November 29, 2017 (Doc 87); and the applicable law.

The deadline for plaintiff to file objections to the R&R under Fed. R. Civ. P. 72 elapsed on about December 13, 2017, more than three weeks ago, and the Court has received neither objections nor a request for an extension of the objection deadline. Nonetheless, out of an abundance of caution, the Court has reviewed Judge Wilner's characteristically well-reasoned R&R de novo and finds no defect of law, fact, or logic therein. Accordingly, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations.

## ORDER

The Nov. 29, 2017 Report & Recommendation **[Doc #87] is ADOPTED**.

Plaintiff's October 10, 2017 Second Motion for Leave to Amend the Complaint **[Doc #65] is DENIED**.

This matter is referred back to the assigned United States Magistrate Judge for further pretrial proceedings.

Dated: January 4, 2018     _____

                                           Honorable Valerie Baker Fairbank
                                           Senior United States District Judge