JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ARTHUR LOPEZ,**<br>　　　　Plaintiff,<br>　v.<br>CITY OF COSTA MESA,<br>COSTA MESA POLICE DEPARTMENT,<br>CHRISTOPHER WALK, and<br>ISIDRO GALLARDO,<br>　　　　Defendants. | **SA CV 17-00297-VBF-MRW**<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants and against plaintiff Arthur Lopez**. IT IS SO ADJUDGED.

Dated: April 16, 2018

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge